UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
02/27/2017

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-12-1206 |
| Humble Surgical Hospital, LLC, | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| In re | § § | |
| Humble Surgical Hospital, LLC, | § § § | Bankruptcy 17-31078 |
| Debtor. | § | |

| | | |
|---|---|---|
| In re | § § | |
| Humble Surgical Holdings, LLC, | § § § | Bankruptcy 17-31079 |
| Debtor. | § | |

| | | |
|---|---|---|
| In re | § § | |
| K&S Consulting SC, LP, | § § § | Bankruptcy 17-31080 |
| Debtor. | § | |

| | | |
|---|---|---|
| In re | § § | |
| K&S Consulting Management, LLC, | § § § | Bankruptcy 17-31081 |
| Debtor. | § | |

## Order Re-Referring Cases

The bankruptcy cases are re-referred to the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

Signed on February 27, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge